AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANN M. ALEXANDER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV623-36

WAL-MART STORES EAST, L.P.; PHILIP MYHAND,

Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 20, 2024, Plaintiff's Complaint is remanded to the State Court of Emanuel County, Georgia. The Clerk is directed to terminate all motions. This civil action stands closed.



February 20, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020